DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RYAN MAXWELL,**
Appellant,

v.

**JOHN EDWARDS** and **BRINDLEY KUIPER,** et al.,
Appellees.

No. 4D18-1680

[April 18, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case Nos. 2014CP004841XXXXMB, 502015CP00490.

Joseph L. Rebak and Lorayne Perez of Akerman LLP, Miami, for appellant.

Kyle P. Egger of Nearing & Egger, PLLC, Miami and Erik W. Scharf of Scharf Appellate Group, Miami, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***